IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNNY NOVICK, Individually and
on Behalf of All Others Similarly Situated                                         PLAINTIFF

v.                                            Case No. 1:21-cv-1017

CAM PIZZA, LLC and
CALVIN E. BARCOMB                                                                  DEFENDANTS

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (ECF No. 4). The Court finds that no response is necessary and that the matter is ripe for consideration.

A plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not filed an answer or a summary judgment motion, thus Plaintiff is entitled to dismiss his case pursuant to Rule 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITOUT PREJUDICE**.[1]

**IT IS SO ORDERED**, this 8th day of June, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] This case was effectively dismissed when Plaintiff filed his Notice of Voluntary Dismissal (ECF No. 4) on June 4, 2021.